**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Malibu Media Copyright Litigation* | **ORDER SETTING CASE MANAGEMENT CONFERENCE**  No. C 15-04088 WHA  No. C 15-04108 WHA  No. C 15-04109 WHA  No. C 15-04110 WHA  No. C 15-04111 WHA  No. C 15-04112 WHA  No. C 15-04150 WHA  No. C 15-04152 WHA  No. C 15-04153 WHA  No. C 15-04154 WHA  No. C 15-04155 WHA  No. C 15-04156 WHA  No. C 15-04157 WHA  No. C 15-04158 WHA  No. C 15-04159 WHA  No. C 15-04160 WHA  No. C 15-04161 WHA  No. C 15-04162 WHA  No. C 15-04163 WHA  No. C 15-04164 WHA  No. C 15-04165 WHA  No. C 15-04166 WHA  No. C 15-04167 WHA  No. C 15-04168 WHA  No. C 15-04169 WHA  No. C 15-04170 WHA  No. C 15-04171 WHA  No. C 15-04172 WHA  No. C 15-04173 WHA  No. C 15-04174 WHA  No. C 15-04175 WHA  No. C 15-04176 WHA  No. C 15-04178 WHA  No. C 15-04179 WHA  No. C 15-04194 WHA  No. C 15-04195 WHA |

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

No. C 15-04242 WHA
No. C 15-04243 WHA
No. C 15-04244 WHA
No. C 15-04245 WHA
No. C 15-04246 WHA
No. C 15-04248 WHA
No. C 15-04280 WHA
No. C 15-04281 WHA
No. C 15-04283 WHA
No. C 15-04284 WHA
No. C 15-04286 WHA
No. C 15-04287 WHA
No. C 15-04288 WHA
No. C 15-04289 WHA
No. C 15-04290 WHA
No. C 15-04291 WHA
No. C 15-04292 WHA
No. C 15-04293 WHA
No. C 15-04294 WHA
No. C 15-04430 WHA
No. C 15-04431 WHA
No. C 15-04432 WHA
No. C 15-04433 WHA
No. C 15-04434 WHA
No. C 15-04435 WHA
No. C 15-04436 WHA
No. C 15-04437 WHA
No. C 15-04438 WHA
No. C 15-04439 WHA
No. C 15-04440 WHA
No. C 15-04441 WHA
No. C 15-04442 WHA
No. C 15-04443 WHA
No. C 15-05383 WHA
No. C 15-05384 WHA
No. C 15-05385 WHA
No. C 15-05386 WHA
No. C 15-05387 WHA
No. C 15-05388 WHA
No. C 15-05389 WHA
No. C 15-05391 WHA
No. C 15-05394 WHA
No. C 15-05395 WHA
No. C 15-05397 WHA
No. C 15-05398 WHA
No. C 15-05399 WHA
No. C 15-05400 WHA
No. C 15-05401 WHA
No. C 15-05402 WHA
No. C 15-05403 WHA
No. C 15-05404 WHA
No. C 15-05405 WHA
No. C 15-05406 WHA
No. C 15-05407 WHA
No. C 15-05408 WHA
No. C 15-05409 WHA

No. C 15-05410 WHA
No. C 15-05411 WHA
No. C 15-05412 WHA
No. C 15-05413 WHA

A case management conference in each of the above-captioned matters is hereby scheduled for **MARCH 3, 2016 AT 1:30 P.M.** in Courtroom 8, 19th Floor, of the federal courthouse, 450 Golden Gate Ave. The cases shall be collectively referred to as "*In re Malibu Media Copyright Litigation.*" The parties in each matter shall submit a joint case management statement by **FEBRUARY 25**.

**IT IS SO ORDERED.**

Dated:   December 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

3